1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONNIE BROWN,

11            Plaintiff,                    No. CIV S-08-2286 GGH P

12        vs.

13   SUSZANN HUBBARD, et al.,

14            Defendants.              ORDER FOR PAYMENT

15   _____/      OF INMATE FILING FEE

16   To:  The Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18            Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is

20   obligated to make monthly payments in the amount of twenty percent of the preceding month's

21   income credited to plaintiff's trust account.  The California Department of Corrections and

22   Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account

23   each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.

24   28 U.S.C. § 1915(b)(2).

25            In accordance with the above and good cause appearing therefore, IT IS HEREBY

26   ORDERED that:

1

1    1.  The Director of the California Department of Corrections and Rehabilitation or

2 a designee shall collect monthly payments from plaintiff's prison trust account in an amount

3 equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust

4 account and shall forward those payments to the Clerk of the Court each time the amount in the

5 account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has

6 been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified

7 by the name and number assigned to this action.

8    2.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9 plaintiff's in forma pauperis affidavit on Director, California Department of Corrections and

10 Rehabilitation, 1515 S Street, Sacramento, California 95814.

11    3.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12 Department of the court.

13 DATED: 01/15/09

14

15        /s/ Gregory G. Hollows

         _____

16        UNITED STATES MAGISTRATE JUDGE

17

18 br2286.cdc

19

20

21

22

23

24

25

26

2