IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

        Plaintiff,                    No. CIV S-08-2286 GGH P

    vs.

SUZANN HUBBARD, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 15, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and eight copies of his complaint which are required to effect service on the defendants. On January 26, 2009, plaintiff submitted the summons and USM-285 forms but only submitted one copy of the September 24, 2008 complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on September 24, 2008; and

/////

2. Within thirty days, plaintiff shall submit to the court the eight copies of the September 24, 2008 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 3, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
brow2286.8f