IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

        Plaintiff,                    No. CIV S-08-2286 FCD GGH P

    vs.

SUSZANN HUBBARD, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Pending before the court is plaintiff's July 28, 2009, motion for an order directing defendants to file an answer or, in the alternative, for default judgment. On June 4, 2009, the court recommended that defendants' motion to dismiss be denied and that defendants be ordered to answer the complaint. On August 3, 2009, the district court adopted these findings and recommendations and ordered defendants to file an answer within twenty days. On August 21, 2009, defendants filed a timely answer.

        For the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's July 28, 2009, motion for defendants to file an answer (no. 20) is denied.

DATED: August 25, 2009

                                  /s/ Gregory G. Hollows

br2286.def                                UNITED STATES MAGISTRATE JUDGE

1